1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN A. ALVES,

                Plaintiff,

      v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

              Defendant.

Case No. C14-478-MJP

ORDER REVERSING AND REMANDING
CASE FOR FURTHER ADMINISTRATIVE
PROCEEDINGS

      The Court, after careful consideration of the plaintiff's complaint, the Report and
Recommendation of the Honorable James P. Donohue, and the balance of the record, does
hereby find and ORDER:

      (1)    The Court adopts and approves the Report and Recommendation.

      (2)    The final decision of the Commissioner is REVERSED and the case is
REMANDED to the Social Security Administration for further administrative proceedings
consistent with the Report and Recommendation.

      //

      //

      //

      //

      //

ORDER
PAGE - 1

1         (3)    The Clerk of the Court is directed to send copies of this Order to the parties and to

2    Judge Donohue.

3         DATED this 12th day of August, 2014.

4

5

6                                         Marsha J. Pechman

7                                         Chief United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
PAGE - 2